**Order entered September 10, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00769-CV

## IN THE MATTER OF DEMPSTER A ROSS

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-05769-2017**

## ORDER

By motion filed September 6, 2019, appellant seeks an extension of time to file his brief and notes that, due to his imprisonment, he was unable to include a copy of the motion to be "file-stamped" and returned to him. We **GRANT** the extension motion and **ORDER** appellant's opening brief be filed no later than October 11, 2019. We **DIRECT** the Clerk of the Court to send appellant a file-stamped copy of the motion and accept the original of any document filed by appellant in the future even if not accompanied by the required unbound copy. *See* TEX. RS. APP. P. 2, 9.3.

/s/  BILL WHITEHILL
    JUSTICE